# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE,

*Plaintiff*

v.

WALTER J. END,

*Defendant*

Civil Action No. 13-CV-5036-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea  on a motion for Summary Judgment.  Judgment is entered in favor of Defendants and this file shall be closed.


Date:  July 1, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb